No. 91–1111. HARTFORD FIRE INSURANCE CO. ET AL. *v.* CALIFORNIA ET AL.; and

No. 91–1128. MERRETT UNDERWRITING AGENCY MANAGEMENT LTD. ET AL. *v.* CALIFORNIA ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 814.] The time allotted for oral argument in these cases is expanded to a total of 90 minutes.

No. 91–1793. COONES *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, *ante*, p. 802. Motion of petitioner for clarification denied.

No. 92–155. STATEWIDE REAPPORTIONMENT ADVISORY COMMITTEE ET AL. *v.* THEODORE ET AL.; and

No. 92–219. CAMPBELL, GOVERNOR OF SOUTH CAROLINA *v.* THEODORE ET AL. Appeals from D. C. S. C. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

No. 92–5796. BANKS *v.* PRIVONKA. Sup. Ct. Cal.; and

No. 92–5814. STASSEN *v.* TSCHIDA ET AL. Ct. App. Minn. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until November 23, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petitions for writs of certiorari.

No. 92–5828. MARTIN *v.* WIDENER UNIVERSITY SCHOOL OF LAW ET AL. Sup. Ct. Del. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until November 23, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE STEVENS would deny the petition for writ of certiorari.